UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OLUWATOSIN OGUNBEKUN,

          Plaintiff,

     -vs-            6:15-CV-6332
                       CJS(JWF)

TOWN OF BRIGHTON, et al.,

         Defendants.    ORDER

---

  The Honorable Jonathan W. Feldman, United States Magistrate Judge, having issued a Report and Recommendation [#42] on July 31, 2019, recommending that Plaintiff's motion to amend [#36] be denied, and noting that, "[b]y stipulation of the parties, Plaintiff's second amended complaint listing Mr. Ogunbekun as conservator [shall be] deemed the operative pleading in this action," and no objections having been filed although the time for filing objections has passed, it is hereby

  ORDERED, that the Report and Recommendation [#42] denying Plaintiff's motion [#36] is affirmed and adopted in all respects, and Plaintiff's motion [#36] is denied; and it is further

  ORDERED, that Plaintiff's second amended complaint [#32-1] shall be the operative pleading in this action.

  IT IS SO ORDERED.

Dated: August 21, 2019   ENTER:
    Rochester, New York

                /s/ Charles J. Siragusa
                CHARLES J. SIRAGUSA
                United States District Judge